GENERAL ELECTRIC COMPANY, Appellant, v. NEW YORK CONTRACT PURCHASE CORPORATION, Formerly Known as GENERAL CONTRACT PURCHASE CORPORATION, and Another, Respondents.— Order reversed, with twenty dollars costs and dis-

bursements and motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

KENLON COAL COMPANY, INC., and Another, Respondents, v. TRIBOROUGH BRIDGE AUTHORITY and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

HARRY H. SLAWSON and Another, Respondents, v. CHALENA REALTY CORPORATION and Another, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.